UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEREK SLOAN,

                            Plaintiff,

             -against-

ROBERT L. LANGLEY, SHERIFF OF
PUTNAM COUNTY; KEVIN RADOVICH;
BRIAN EARY; SGT. KENNEDY; PUTNAM
COUNTY; PUTNAM COUNTY SHERIFF'S
DEPARTMENT,

                            Defendants.

22-CV-5951 (LTS)

CIVIL JUDGMENT

Pursuant to the order issued July 14, 2022, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that the complaint is dismissed

without prejudice under the Prison Litigation Reform Act's "three-strikes" rule. *See* 28 U.S.C.

§ 1915(g). Plaintiff continues to be barred from filing any civil action under the *in forma*

*pauperis* (IFP) statute while a prisoner unless Plaintiff is under imminent danger of serious

physical injury. *See* 28 U.S.C. § 1915(g).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:   July 14, 2022
         New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                     Chief United States District Judge